**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Plaintiffs:

1:16-cv-03230
1:16-cv-03365
1:16-cv-03430
1:16-cv-03431
1:16-cv-03432
1:16-cv-03435
1:16-cv-03436
1:17-cv-00350
1:17-cv-00356
1:17-cv-00359
1:17-cv-00700
1:17-cv-01052
1:17-cv-01689

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Southern District of Indiana Local Rule 83-7(c), Kenneth J. Wink, Jr. is hereby substituted by Ruston J. Pritchard of the Murray Law Firm as counsel of record for Plaintiffs. All future pleadings and notifications should be delivered as follows:

> Ruston J. Pritchard
> MURRAY LAW FIRM
> 701 Poydras Street, Suite 4250
> New Orleans, Louisiana 70139
> rpritchard@murray-lawfirm.com

The substitution affects **only** counsel of record from the Murray Law Firm.

<table>
<tr><td>Dated: December 19th, 2025</td><td>/s/ Stephen B. Murray, Jr.<br>Stephen B. Murray, Jr., LA Bar 23877<br>MURRAY LAW FIRM<br>701 Poydras Street, Suite 4250<br>New Orleans, Louisiana 70139<br>Telephone: 504-525-8100<br>Fax: 504-584-5249<br>Email: smurrayjr@murray-lawfirm.com</td></tr>
</table>

### **CERTIFICATE OF SERVICE**

I hereby certify that on December 19th, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Stephen B. Murray, Jr.*